**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **DOT DOT SMILE, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-1835819** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **12000 Magnolia Avenue Suite 100 Riverside, CA 92503**<br>Number, Street, City, State & ZIP Code | <br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Riverside**<br>County | **Location of principal assets, if different from principal place of business**<br>**12000 Magnolia Avenue Ste. 100 Riverside, CA 92503**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **dotdotsmile.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **DOT DOT SMILE, LLC**                                              Case number *(if known)* _____
            Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____3152_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor    **DOT DOT SMILE, LLC**
_____    Case number (*if known*) _____
        Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ■ No<br>☐ Yes. |

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **DOT DOT SMILE, LLC**
Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million   ☐ More than $50 billion

Debtor   **DOT DOT SMILE, LLC**                                    Case number (*if known*) _____
         Name

▮▮▮▮  Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9 / 2 / 2022
               MM / DD / YYYY

X _____              **Jeffrey Eugene Thompson**
Signature of authorized representative of debtor   Printed name

Title   **Chief Execuitve Officer**

**18. Signature of attorney**

X _____              Date    9 / 2 / 2022
Signature of attorney for debtor                       MM / DD / YYYY

**Jeffrey S. Shinbrot 155486**
Printed name

**Jeffrey S. Shinbrot, APLC**
Firm name

**15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403**
Number, Street, City, State & ZIP Code

Contact phone   **3106595444**    Email address   **jeffrey@shinbrotfirm.com**

**155486 CA**
Bar number and State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeffrey S. Shinbrot, Esquire (155486)<br>JEFFREY S. SHINBROT, APLC<br>15260 Ventura Blvd., Suite 1200<br>Sherman Oaks, CA 91403<br>310-659-5444<br>310-878-8304 Fax<br>jeffrey@shinbrotfirm.com | |

<table>
<tr><td colspan="2" align="center"><b>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION</b></td></tr>
<tr>
<td>In re:<br>DOT DOT SMILE, LLC<br><br><br><br><br><br>Debtor(s).</td>
<td>CASE NO.:<br>CHAPTER: 11<br><br><b>ATTACHMENT TO VOLUNTARY PETITION<br>FOR NON-INDIVIDUAL FILING FOR<br>BANKRUPTCY UNDER CHAPTER 11</b><br><i>[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]</i></td>
</tr>
</table>

1.  If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2.  The following financial data is the latest available information and refers to the debtor's condition on <u>09/02/2022</u>.

    a.  Total assets  $ <u>4,478,922.56</u>

    b.  Total debts (including debts listed in 2.c., below)  $ <u>5,638,742.21</u>

    c.  Debt securities held by more than 500 holders

| | | | | Approximate number of holders: |
|---|---|---|---|---|
| ☒ secured | ☐ unsecured | ☐ subordinated | $ 2,166,595.00 | 15 |
| ☐ secured | ☒ unsecured | ☐ subordinated | $ 3,472,147.21 | 20 |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |
| ☐ secured | ☐ unsecured | ☐ subordinated | $ | |

    d.  Number of shares of preferred stock _____

    e.  Number of shares of common stock _____

    Comments, if any:

3.  Brief description of the Debtor's business:  Wholesale of children's clothing

4.  List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:
    Jeffrey Eugene Thompson-50%
    Nicole DeAnn Thompson-50%

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **DOT DOT SMILE, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981537 El Paso, TX 79998 | | Business Credit Card-revolving | | | | $118,979.00 |
| ASC Staffing Group 14880 Monte Vista Avenue Chino, CA 91710 | | Services rendered through petition date. | | | | $123,689.37 |
| Bank of America Business Card PO Box 15796 Wilmington, DE 19886-5796 | | Business Credit Card-revolving | | | | $51,161.53 |
| Bank of America PO Box 17237 Wilmington, DE 19886-7237 | | Land Rover | | $24,104.56 | $0.00 | $24,104.56 |
| Berkley Net Insurance Company PO Box 639829 Cincinnati, OH 45263 | | Services rendered through petition date. | | | | $16,265.00 |
| ByDesign Technology | | Services rendered through petition date. | | | | $19,801.03 |
| CA IBG Magnolia (DE) LLC Richard L. Seide, APC 901 Dove St., Ste. 120 Newport Beach, CA 92660 | | CA IBG Magnolia (DE) LLC-landlor security deposit | Disputed | $132,125.03 | $55,000.00 | $77,125.03 |
| California Dept of Tax & Fee Admin PO Box 942879 Sacramento, CA 94279-3535 | | | | | | $13,219.92 |

| Debtor | **DOT DOT SMILE, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One PO Box 60599 City of Industry, CA 91716 | | Business Credit Card-revolving | | | | $50,773.11 |
| CloudFund LLC 400 Rella Blvd., Suite 165-101 Suffern, NY 10901 | | Furture receipts sale and purchase agreement. | | $325,000.00 | $0.00 | $325,000.00 |
| Fashion Color Inc., DBA One Textile 3480 S. Broadway Los Angeles, CA 90007 | | Brach of Contract & Common Counts LASC Case No.: 22STCV19106 | | | | $64,717.48 |
| FedEx P.O. Box 7221 Pasadena, CA 91109 | | Services rendered through petition date. | | | | $19,498.41 |
| Gary Thompson | | Loan | | | | $200,000.00 |
| Legacy Line Inc. 738 E. 8th Street Los Angeles, CA 90021 | | Services rendered through petition date. | | | | $79,285.41 |
| Mercedes Benz Financial Services 36455 Corporate Drive Farmington, MI 48331 | | 2021 Mercedes-Benz G63W4 | | $191,915.34 | $150,000.00 | $41,915.34 |
| Mirror Fashion Co. LTD Unit 04 7/F, Bright Tower, No. 33 Mong Kok Hongkong | | Services rendered through petition date. | | | | $1,521,793.77 |
| Nano | | | | | | $600,000.00 |
| Network Ventures LLC & Calvin Becer c/o Law Office of Mark Mazda 2601 Main Street Ste. 1200 Irvine, CA 92614 | | Breach of contract 2. Quantum Meruit; unpaid wages Riverside County Superior Cout CVRI2203034. | | | | $353,846.00 |
| One Textile | | Services rendered through petition date. | | | | $64,717.48 |

Debtor    **DOT DOT SMILE, LLC**                                     Case number *(if known)* _____
             Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Radiant Global Logistics Attn: Accounts Payable 21175 South Main Street Carson, CA 90745** | | **Services rendered through petition date.** | | | | $61,000.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot 155486**<br>**15260 Ventura Blvd.**<br>**Suite 1200**<br>**Sherman Oaks, CA 91403**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486 CA**<br>**jeffrey@shinbrotfirm.com** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **DOT DOT SMILE, LLC** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| <br><br><br><br>                                     Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __11__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _____ 9/2/2022 _____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                      **F 1007-1.MAILING.LIST.VERIFICATION**

DOT DOT SMILE, LLC
2801 Mangular Avenue
Corona, CA 92882


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403


Adriana Cruz
706 S. Joy Street
Corona, CA 92879


ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878


Albaneth Sambonino
8046 Montara Avenue
Rancho Cucamonga, CA 91730


American Express
P.O. Box 981537
El Paso, TX 79998


Amy Thompson
2547 E. Puritan Cir
Anaheim, CA 92806


ASC Staffing Group
14880 Monte Vista Avenue
Chino, CA 91710

AT&T
P O Box 5019
Carol Stream, IL 60197-5019

Bank of America
PO Box 17237
Wilmington, DE 19886-7237

Bank of America
Business Card
PO Box 15796
Wilmington, DE 19886-5796

Bank of America NA
PO Box 15220
Wilmington, DE 19886-5220

Berkley Net Insurance Company
PO Box 639829
Cincinnati, OH 45263

Bryn Mawr Equipment Finance, Inc.
801 Lancaster Avenue
Bryn Mawr, PA 19010

Bryn Mawr Funding
PO Box 692
Bryn Mawr, PA 19010

Burtec Waste Industries INc.
PO Box 515842
Los Angeles, CA 90051

ByDesign Technology


CA IBG Magnolia (DE) LLC
Richard L. Seide, APC
901 Dove St., Ste. 120
Newport Beach, CA 92660


California Choice Benefit Administr
PO Box 7088
Orange, CA 92863


California Dept of Tax & Fee Admin
PO Box 942879
Sacramento, CA 94279-3535


Calrsbad Premium Outlets LLC
5620 Paseo Del Norte Suite 100-C
Carlsbad, CA 92008


Capital One
PO Box 60599
City of Industry, CA 91716


Carlie Buys
1315 E. Bennett Avenue
Glendora, CA 91741


Cedar Advance LLC
c/o Lieberman & Klestzick, LLP
71 S. Central Ave., 2nd FL
Valley Stream, NY 11580

Chase Auto
PO Box 78232
Phoenix, AZ 85062-8232

CloudFund LLC
400 Rella Blvd., Suite 165-101
Suffern, NY 10901

Corporation Service Company
as Representative
PO Box 2576,
Springfield, IL 62708

Corporation Service Company
as Representative
PO Box 2576
Springfield, IL 62706

Corporation Service Company
Delta Bridge/Cloudfund, LLC
PO Box 2576
Springfield, IL 62708

Crestmark Vendor Finance,
a division of MetaBank
5480 Corporate Drive Suite 350
Troy, MI 48098

CT Corporation System,
as Representative
330 N. Brad Blvd., Suite 700
ATTN: SPRS
Glendale, CA 91203

D-Sol Media
2071 Headon Forest Dr.,
Burlington ON L7M2N5
Canada

Danitza Martinez
6354 Stobbs Way Apt. A
Riverside, CA 92509


Delta Bridge/Cloudfund LLC
400 Rella BLvd., Ste 165-101
Suffern, NY 10901


DOT DOT SMILE
1200 Magnolia Ave., Ste. 100
Riverside, CA 92503


Emerson (Emmy) Schneider
12477 Pointsetta Dr
Riverside, CA 92503


Envision Capital Group, LLC
23422 Mill Creek Dr., Ste. 200
Laguna Hills, CA 92653


Everst/EBF Holdings


Fashion Color Inc.,
DBA One Textile
3480 S. Broadway
Los Angeles, CA 90007


FastBlue Communicates INc.,
800 S. El Monte Real Suite 203
San Clemente, CA 92672

FedEx
P.O. Box 7221
Pasadena, CA 91109


Fox Capital Group Inc.,
Lieberman & Klestzick, LLP
71 S. Central Ave 2nd Floor
Valley Stream, NY 11580


Gary Thompson


Helen Joo
1506 Camino Del Sol
Fullerton, CA 92833


Jeffrey E. Thompson
1200 Magnolia Ave Ste. 100
Riverside, CA 92503


Jeffrey Eugene Thompson
2801 Mangular Avenue
Corona, CA 92882


Jennifer L. Verburg
6605 S. Arbutus Cir., # 1325
Littleton, CO 80127


Jeovany A. Beltran
706 S. Joy Street
Corona, CA 92879

Karen Carmona
11140 Pala Place
Mira Loma, CA 91752


Karen Hsing-V
5088 Iemez Cir
Riverside, CA 92509


Karla Paz
1130 Waterleaf Way
Corona, CA 92882


KTS Network Inc.,
11132 Winners Circle Ste. 103
Los Alamitos, CA 90720


Kylee Calvert
1787 Westminster Ave Unit B
Costa Mesa, CA 92627


Law Office of Isaac H. Greenfield
2 Executive Blvd., Ste 305
Suffern, NY 10901


Legacy Line Inc.
738 E. 8th Street
Los Angeles, CA 90021


Lucero Mora
13107 Gatehall Avenue
Corona, CA 92879

Magdalena Garcia
5250 Golden Ave., Apt 1
Riverside, CA 92505


Martin B. Greenbaum, Esquire
Greenbaum Law Group LLP
160 Newport Center Drive Suite 110
Newport Beach, CA 92660


Mercedes Benz Financial Services
36455 Corporate Drive
Farmington, MI 48331


Mercury Funding
1200 River Avenue
Lakewood, NJ 08701


Mercury Funding Group, INc.,
60 Park Avvenue S
Lakewood, NJ 08701


Michael H. Varsobia
27505 Terrytown Rd.
Sun City, CA 92586


Mirror Fashion Co. LTD
Unit 04 7/F, Bright Tower,
No. 33 Mong Kok
Hongkong


Nano

Network Ventures LLC & Calvin Becer
c/o Law Office of Mark Mazda
2601 Main Street Ste. 1200
Irvine, CA 92614


Nicole D. Thompson
1200 Magnolia Avenue Ste. 100
Riverside, CA 92503


One Textile


Panthers Capital LLC
1010 Broadway
Woodmere, NY 11598


Paychex Insurance Agency, Inc.
1500 Sawgrass Drive
Rochester, NY 14620


Preventitve Pest Control
1025 N. Shepard St.
Anaheim, CA 92806


Quick Funding Group LLC
Law office of Steven Zakharyayev,
10 W. 37th Street Room 602
New York, NY 10118


Quick Funding Group LLC
157 Church Street Suite 1971
New Haven, CT 06510

Radiant Global Logistics
Attn: Accounts Payable
21175 South Main Street
Carson, CA 90745


Riverside Public Utilities


Roberto Gonzalez
8341 Gallatin Road
Downey, CA 90240


San Diego Gas & Electric
P.O. Box 25111
Santa Ana, CA 92799


Sloan Photographers
907 N. Olive St.,
Santa Ana, CA 92703


Soren McAdam LLP
2068 Orange Treet Lane Suite 100
Redlands, CA 92374


Trevor S. Thompson
2547 E. Puritan Circle
Anaheim, CA 92806


Uline Supplies
attn: Accounts receivables
PO Box 88741
Chicago, IL 60680

Wells Fargo Equipment Finance
Manufacturer Services Group
PO Box 1433
Des Moines, IA 50306


Wells Fargo Financial Services
P.O. Box 10347
Des Moines, IA 50306


Wynwood Capital Group Inc.,
20200 W. Dixie Highway
Miami, FL 33180


Wynwood Capital Group LLC
18117 Biscayne Blvd.,
North Miami Beach, FL 33160