| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEFFREY S. SHINBROT, ESQ. (SBN 155486)<br>jeffrey@shinbrotfirm.com<br>JEFFREY S. SHINBROT, APLC<br>15260 Ventura Blvd., Suite 1200<br>Sherman Oaks, CA91403<br>Telephone: (310) 659-5444<br>Fax: (310) 878-8304<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Dot Dot Smile, LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>DOT DOT SMILE, LLC<br><br>Chapter 11 Debtor and Debtor-In-Possession.<br><br><br>Debtor(s). | CASE NO.: 6:22-bk-13361 WJ<br>CHAPTER: 11<br><br>**STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING**<br>**[FRBP 4001; LBR 4001-2]**<br><br>DATE: [To be set by Court pursuant to Local Bankruptcy Rule 2081-1]<br>TIME:<br>COURTROOM:<br>ADDRESS: |
|---|---|

Secured party(ies): Cedar Advance, LLC., Cloudfund LLC, Fox Capital Group, Inc.,Wynwood Capital Group, Quick Funding Group, LLC and Mercury Funding Group, Inc.

The Debtor has requested the approval of either (1) a motion for use of cash collateral, or postpetition financing, or both, or (2) through a separately-filed motion, a stipulation providing for the use of cash collateral, or postpetition financing, or both. The proposed form of order on the motion or the stipulation contains the following provisions or findings of fact:

| Disclosures Tracking FRBP 4001(c)(1)(B)(i) through (xi) and (d)(1)(B) | Page No.: | Line No. (if applicable) |
|---|---|---|
| ☐ (i): "[A] grant of priority or a lien on property of the estate under § 364(c) or (d)" | | |
| ☐ (ii): "[T]he providing of adequate protection or priority for a claim that arose before the commencement of the case, including the granting of a lien on property of the estate to secure the claim, or the use of property of the estate or credit obtained under § 364 to make cash payments on account of the claim" | | |
| ☐ Cross-collateralization, *i.e.*, clauses that secure prepetition debt by postpetition assets in which the secured party would not otherwise have a security interest by virtue of its prepetition security agreement or applicable law | | |
| ☐ Roll-up, *i.e.*, provisions deeming prepetition debt to be postpetition debt or using postpetition loans from a prepetition secured party to pay part or all of that secured party's prepetition debt, other than as provided in § 552(b) | | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    F 4001-2.STMT.FINANCE

| | | | |
|---|---|---|---|
| *Continued from page 1* | | | |
| ☐ | Grant a replacement lien in an amount in excess of the dollar amount of the lien on cash collateral as of the petition date | | |
| ☐ | (iii): "[A] determination of the validity, enforceability, priority, or amount of a claim that arose before the commencement of the case, or of any lien securing the claim" | | |
| ☐ | (iv): "[A] waiver or modification of Code provisions or applicable rules relating to the automatic stay" <br> ☐ Automatic relief from the automatic stay upon occurrence of certain events. | | |
| ☐ | (v): "[A] waiver or modification of any entity's authority or right to file a plan, seek an extension of time in which the debtor has the exclusive right to file a plan, request the use of cash collateral under § 363(c), or request authority to obtain credit under § 364" | | |
| ☐ | (vi): "[T]he establishment of deadlines for filing a plan of reorganization, for approval of a disclosure statement, for a hearing on confirmation, or for entry of a confirmation order" | | |
| ☐ | (vii): "[A] waiver or modification of the applicability of nonbankruptcy law relating to the perfection of a lien on property of the estate, or on the foreclosure or other enforcement of the lien" | | |
| ☐ | (viii): "[A] release, waiver, or limitation on any claim or other cause of action belonging to the estate or the trustee, including any modification of the statute of limitations or other deadline to commence an action" | | |
| ☐ | (ix): "[T]he indemnification of any entity" | | |
| ☐ | (x): "[A] release, waiver, or limitation of any right under § 506(c)" <br> ☐ The granting of any lien on any claim or cause of action arising under § 506(c) | | |
| ☐ | (xi): "The granting of any lien on any claim or cause of action arising under §§ 544, 545, 547, 548, 549, 553(b), 723(a), or 724(a)" | | |
| **Additional Disclosures Required by LBR 4001-2** | | **Page No.:** | **Line No. (if applicable)** |
| ☐ | With respect to a professional fee carve out, disparate treatment for professionals retained by a creditors' committee from that provided for the professionals retained by the debtor | | |
| ☐ | Pay down prepetition principal owed to a creditor | | |
| ☐ | Findings of fact on matters extraneous to the approval process | | |

| | | |
|---|---|---|
| 9-8-2022 | Jeffrey S. Shinbrot | *[signature]* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 4001-2.STMT.FINANCE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

15260 Ventura Blvd., Suite 1200
Sherman Oaks, CA  91403

A true and correct copy of the foregoing document entitled (*specify*) **STATEMENT REGARDING CASH COLLATERAL OR DEBTOR IN POSSESSION FINANCING [FRBP 4001; LBR 4001-2]:** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below

**X   1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/8/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Caroline Renee Djang (TR)**     cdjang@buchalter.com, C190@ecfcbis.com;docket@buchalter.com;lverstegen@buchalter.com
- **Abram Feuerstein**     abram.s.feuerstein@usdoj.gov
- **Everett L Green**     everett.l.green@usdoj.gov
- **Cameron C Ridley**     Cameron.Ridley@usdoj.gov
- **Jeffrey S Shinbrot**     jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **United States Trustee (RS)**     ustpregion16.rs.ecf@usdoj.gov

 **X   SERVED BY UNITED STATES MAIL**: On (*date*) 9/8/2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  X   Service list attached.

**X   3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 9/8/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judges Copy
Hon. Wayne Johnson
United States Bankruptcy Court
Central District of California
3420 Twelfth Street, Suite 385
Riverside, CA 92501-3819

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*      **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/8/2022 | Sandra Rodriguez | /s/Sandra Rodriguez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**

Dot Dot Smile, LLC   6:22-bk-13361-WJ

**Secured Creditors**

Cedar Advance LLC
Cedar Advance LLC
c/o Lieberman & Klestzick, LLP
71 S. Central Ave., 2nd FL
Valley Stream, NY 11580

Cedar Advance LLC
c/oYonatan Klestzick Esquire
Lieberman & Klestzick, LLP
PO Box 356
Cedarhurst, NY 11516
Fax: 516-900-6720
Email: YKleszick@landklegal.com

Wynwood Capital Group, LLC
20200 W. Dixie Hwy.
Miami, FL  33190
Ph:305-487-8858

Wynwood Capital Group, LLC
Isaac H. Greenfield, Esquire
Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Ste.  305
Suffern, NY  10901
Fax: 516-387-1117
Phone: 718-564-6268

Fox Capital Group, INc.
Ph: 1800-895-4424
Fax: 1866-557-0455
underwriting@foxbusinessfunding.com

Fox Capital Group, Inc.
c/o Lieberman & Klestzick, LLP
71 S. Central Ave., 2nd FL
Valley Stream, NY 11580

Fox Capital Group, INc.
c/o Yonatan Klestzick Esquire
Lieberman & Klestzick, LLP
PO Box 356
Cedarhurst, NY 11516

Fax: 516-900-6720
Email: YKleszick@landklegal.com

EFB Holdings LLC
Dba Everest Business Funding
5 West 37th Street, Suite 1100
New York, NY  10018
Fax # (888) 493-4091
isosupport@ev-bf.com

Quick Funding Group LLC
157 Church Street Suite 1971
New Haven, CT 06510

Quick Funding Group, LLC
c/o Steven Zakharyayev, Esquire
The Law Offices of Steven Zakharyayev, LLC
10 W. 37th Street, RM 602
New York NY 100118
legalDepartment@EmpireRecover.com
201-716-0681

Network Ventures, LLC
Calvin Becerra
c/o Mark Mazda, Esquire
Law Office of Mark Mazda
2601 Main Street Ste. 1200
Irvine, CA 92614
Ph: 949-222-9182
Fax: 949-222-9199
Email: mark@markmazda.com

CloudFund LLC
400 Rella Blvd., Suite 165-101
Suffern, NY 10901

Corporation Service Company
Delta Bridge/Cloudfund, LLC
P.O. Box 2576
Springfield, IL 62708
contact@deltabridge.us

Mercury Funding Group, Inc.,
1200 River Avenue
Lakewood, NJ  08701

Ph: 877-625-1825
info@mercuryfundingllc.com


Wells Fargo Equipment Finance
Manufacturer Services Group
PO Box 1433
Des Moines, IA 50306

Wells Fargo Financial Services
P.O. Box 10347
Des Moines, IA 50306

**Top 20 Unsecured Creditors**

American Express
P.O. Box 981537
El Paso, TX 79998
(888) 258-3741

ASC Staffing Group
14880 Monte Vista Avenue
Chino, CA 91710
(909) 393-0094
chino@ASCStaffingGroup.com

Bank of America Business Card (NOTHING)
P.O. Box 15796
Wilmington, DE 19886-5796

Bank of America (NOTHING)
P.O. Box 17237
Wilmington, DE 19886-7237

Berkley Net Insurance Company
PO Box 63929
Cincinnati, OH  45263

BerkleyNet-Headquarters
9301 Innovations Dr., Ste. 200
Manassas, VA 20110
E-mail: service@berkleynet.com

Capital One
P.O. Box 60599
City of Industry 91716

Phone# (800) 867-0904

Fed Ex Express-Headquarters
942 S. Shady Grove Rd.
Memphis, TN  38120
Ph: 901-818-7500


Fashion Color Inc.
DBA One Textile
3480 S. Broadway
Los Angeles, CA 90007
Fax # (310) 878-0150
contact@onetextile.com

State Court Counsel for Fashion Color Inc.
Greenbaum Law Group LLP
Martin B. Greenbaum, Esquire
160 Newport Center Drive Suite 110
Newport Beach, CA 92660P
Ph: 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
Fax: 949-760-1300
e-mail: mgreenbaum@collectionlaw.com

Legacy Line Inc.
738 E. 8th Street
Los Angeles, CA 90021
Ph: 213-228-9995

Mailing Address:
1830 20th Street
Los Angeles, CA 90058

Mercedes Benz Financial Services
36455 Corporate Drive
Farmington, MI 48331
Fax (248) 991-6962

Mirror Fashion Co. LTD
Unit 04 7/F, Bright Tower
No. 33 Mong Kok, Hong Kong

Radiant Global Logistics
Attn: Accounts Payable
21175 South Main Street
Carson, CA 90745

PH: 866-225-5289
e-mail: laxops@radiantdelivers.com

**State Agencies**

Franchise Tax Board Bankruptcy Section, MS-A340
PO Box 2952
Sacramento, CA 95812-2952

California Dept. of Tax & Fee Admin.
PO Box 942879
Sacramento, CA 94279-3535

Employment Development Department
Bankruptcy Group MIC92E
PO Box 826880
Sacramento, CA 94280-0001

State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA  94279-0029